No. 04–10070. SMITH v. SIMS. C. A. 4th Cir. Certiorari denied.

No. 04–10072. LYNEX v. RYAN, ACTING WARDEN. C. A. 9th Cir. Certiorari denied.

No. 04–10074. MILLS v. VIRGINIA. Sup. Ct. Va. Certiorari denied.

No. 04–10075. VEGA v. PORTUONDO, SUPERINTENDENT, SHAWANGUNK CORRECTIONAL FACILITY. C. A. 2d Cir. Certiorari denied.

No. 04–10077. PAPAY v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 04–10080. WILSON v. MCKEE, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 04–10081. TOLBERT v. ILLINOIS. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 04–10082. TORY v. BASSETT, WARDEN. C. A. 4th Cir. Certiorari denied.

No. 04–10083. WHITEHORN v. TEXAS. Ct. App. Tex., 10th Dist. Certiorari denied.

No. 04–10084. WILLIAMS v. RUNNELS, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 04–10087. DAVIS v. MONTANA ET AL. Sup. Ct. Mont. Certiorari denied.

No. 04–10088. COLEMAN v. VASQUEZ, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 04–10094. WILLIAMS v. EAU CLAIRE PUBLIC SCHOOLS. C. A. 6th Cir. Certiorari denied.

No. 04–10096. PAGE v. DRETKE, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION. C. A. 5th Cir. Certiorari denied.

No. 04–10098. SMITH v. HARTMAN ET AL. Ct. App. Ohio, Wayne County. Certiorari denied.